IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

WESLEY CARL WEBBER,

          Plaintiff,

v.                                        CIVIL ACTION NO.   5:15-cv-13145

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 4) entered on September 15, 2015, this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On August 1, 2016, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 19) wherein it is recommended that this Court grant the *Plaintiff's Brief in Support of Judgment on the Pleadings* (Document 17); deny the Commissioner's *Brief in Support of the Defendant's Decision* (Document 18); reverse the final decision of the Commissioner; remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and dismiss this matter from the Court's docket.  Objections to the Magistrate Judge's

1

*Proposed Findings and Recommendation* were due by August 18, 2016, and none were filed by either party.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that districts courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*. The Court **ORDERS** that the *Plaintiff's Brief in Support of Judgment on the Pleadings* (Document 17) be **GRANTED**; the Commissioner's *Brief in Support of the Defendant's Decision* (Document 18) be **DENIED**; the final decision of the Commissioner be **REVERSED**; the case be **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and this matter be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER:     August 19, 2016

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA